JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> RITZ DEVELOPMENT, et al. <br><br> Defendants. | Case No. CV 20-06819 AB (JCx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 18, 2020     _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.